

FILED

06/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0057

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0057

WILLARD RUSSELL KEIGHTLEY,
Trustee of Louise Keightley Trust
and Manager of Property,

Plaintiff and Appellee,

v.

DAVID ANDREW KEIGHTLEY and
THE LOUISE KEIGHTLEY TRUST, by
and through, KATHLEEN KEIGHTLEY
JOHNS, co-Trustee,

Defendants and Appellant.

ORDER

Appellant filed a motion for extension of time to file the opening brief, and this Court granted Appellant until April 27, 2020, to do so. Appellant did not thereafter file an opening brief and on June 3, 2020, this Court ordered that Appellant file the opening brief no later than June 22, 2020. Nothing further has been filed.

THEREFORE,

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to David Andrew Keightley and to all counsel of record.

DATED this 23rd day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2